UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| GAVIN BLAINE OLSON,<br><br>    Petitioner,<br>v.<br><br>ISIDRO BACA, et al.,<br><br>    Respondents. | Case No. 3:16-cv-00010-MMD-WGC<br><br>ORDER |

This action is a petition for a writ of habeas corpus by Gavin Blaine Olson, a Nevada prisoner. The Court received Olson's habeas petition on January 7, 2016, but Olson did not submit the filing fee for the action or file an application to proceed *in forma pauperis*. Therefore, the Court will dismiss this action.

It is, therefore, ordered that this action is dismissed without prejudice. The petitioner is denied a certificate of appealability. The Clerk of the Court shall enter judgment accordingly.

Dated this 13th day of January 2016.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE